# EXHIBIT G

{30785698;1}

## CERTIFICATE OF SALE AND FACT

Know all men by these presents: Pursuant to the terms of a certain Security Agreement dated April 1, 2008 placed in my hands for execution and foreclosure made by Borrower(s) to CitiMortgage, Inc.

The attorney(s) for the current secured party CitiMortgage, Inc. did on June 12, 2015 in the manner provided by statute, sell at Public Auction by Rawner, Victor, Auctioneer, all the borrower(s) right, title and interest, in and to the collateral consisting of 290 shares of capital stock and the associated Proprietary Lease for unit 1F in the building known as Lindenwood Village Section E and located at 89-35 155th AVENUE, HOWARD BEACH NY 11414.

and sold unto ___CitiMortgage INC___

for the sum of ___$42,810.68/xx___

they being the highest bidder in accordance with the Terms of Sale which were available to all bidders.

That public notice of sale was given prior to its taking place and was duly advertised. This Auction Sale was held at: on the front steps of the Supreme Court of the State of New York, County of Queens, located at 88-11 Sutphin Blvd., Jamaica, NY 11435.

__✓__ Sold to the Secured Party, no money exchanged hands except for the auctioneer's fee and expenses of the sale.

____ The sum of $_____ of the bid price was paid to the attorneys for the secured party as a down payment.

IN WITNESS WHEREOF, I have hereunto set my hand on June 12, 2015.

Rawner, Victor,
License #: 1224356
Auctioneer